FIDEL BENERO RIVERA, demandante y apelado, *v.* ENRIQUE ALVARADO, ALEJANDRO LABORDE, y M. BENÍTEZ REXACH, demandados y apelantes.

No. 4548.—*Visto:* Mayo 28, 1928. *Resuelto:* Junio 8, 1928.

*Tous Soto & Quiñones,* abogados del apelante Benítez Rexach; *José E. Díaz,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR TEXIDOR, emitió la opinión del tribunal.

Esta es una moción para que se continúe el recurso de apelación en cuanto afecta a uno de los demandados, Manuel Benítez Rexach.

La apelación en este caso fué desestimada a moción del apelado (ante p. 136).

Ahora aparece que el abogado Antonio J. Amadeo, que fué el notificado de la sentencia por los demandados, no representaba al demandado Manuel Benítez Rexach. Siendo esto así, la apelación presentada en 27 de febrero de 1928,

por los abogados Tous Soto & Quiñones, en representación de los demandados, puede tener eficacia en lo que se refiere a Manuel Benítez Rexach, ya que éste no fué notificado en 25 de enero de 1928 por el Secretario.

La moción, en realidad, es más bien de reinstalación de apelación en cuanto a este demandado, que de reconsideración.

Vistas las alegaciones de dicha moción, creemos que el caso es uno propio para decretar que *continúe la apelación en cuanto a Manuel Benítez Rexach;* y en ese sentido debe resolverse.